Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED BY _SAS_ D.C.

OCT 2 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Danize Diaz
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Miami Dade County Board of Comissioners
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Danize Diaz
   Address: 410 NW 81 Street
   City: Miami   State: Fl   Zip Code: 33150
   County: Miami Dade
   Telephone Number:
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Dennis Moss, Pepe Diaz, Monastime Miami Dade Board Comissioners.
   Job or Title (if known): Commissioners
   Address: 111 West Flagler Street
   City: Miami   State: Fl   Zip Code: 33130
   County: Miami Dade County
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Pepe Diaz
   Job or Title (if known): Commissioners
   Address: 111 West Flagler Street
   City: Miami   State: Fl   Zip Code: 33130
   County: Miami Dade
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: MR. Martinez
Job or Title (if known): Commissioners
Address: 111 West Flagler Street
Miami, Fl 33130
City / State / Zip Code
County: Miami Dade County
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Defendant No. 4
Name: MR. Soto
Job or Title (if known): Comissioners
Address: 111 West Flagler Street
Miami, Fl 33130
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My rights were violated being sexually assaulted on Ray Baker plan to June 2018. My rights to gained my merit raise. My Parental Rights were violated. My Taxes of the IRS.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The Board of Comissioners faild to address the abuses I faced at Main Library. They gave me paychecks in the month of June, 2018, July 2018 and Aug. 3, 2018 my son's birthday. I was rape at the location Kelley Law and Ray Baker directed me to an. 1495 NW 9th avenue

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I specifically entered Mayor's Carlos office w/ evidence of abuses.

B. What date and approximate time did the events giving rise to your claim(s) occur?

In the months of May 2018, June 2018, March 2019, May 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have worked in Main Library since 1990 and have been granted "Above Satisfactory" evaluations, awards, and promoted five times. I only work w/ one staff employee for over 3 years. No one ever physically or verbally assault me. Ray Baker and Kelley Lau, Shana Hinze began to bully and have cops harrassed my 3 bi-racial children and me for about 3 months. June, July, August 2018. They harassed me to stay home. I never suffer from substance abuses, irrationality, or smoke.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been suffering from my left arm, w/ severe spasms for about 6 months, following being sexually assaulted at Jackson Health Systems. I have never suffer from any substance abuses or smoking. My life has always been strict, discipline, routines. I also was severely injured on Miami Dade Transit, due to Kelley Law removing my bus card. I suffer from severe migraines, and suffer from excruciating neck and head-pains.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm asking for a 100 million dollars, base solely on the Board of County Comissioners having police officers sexually assault me, and make ongoing subltle threats when I head to Dolphin Mall to catch the bus in order to live in my home w/ my children. The block my Health insurance plans w/ my three children. They block all my tax refunds from 2017, and 2018.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *October 20, 2019*

Signature of Plaintiff: *[signature] Diaz*

Printed Name of Plaintiff:

### B.   For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

| City | State | Zip Code |
|---|---|---|

Telephone Number:
E-mail Address: